UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :

UNITED STATES OF AMERICA : No. 3:06cr160(JBA)

              :

          v. :

              :

AZIKIWE AQUART : October 28, 2011

---------------------------------------------- :

### DEFENDANT AZIKIWE AQUART'S MOTION TO CONTINUE SENTENCING

Defendant, AZIKIWE AQUART, by and through his undersigned counsel, respectfully moves this court to continue the currently-set sentencing date of November 14, 2011 to a date no sooner than January 17, 2012, and to modify the related disclosure deadlines. In support of this motion, defendant represents:

1. Until the time of the plea, the above-captioned matter was charged as a death-penalty murder case. For several years, the attorneys for the defendant have conducted a comprehensive mitigation investigation which involved, inter alia, the gathering of records dating back to the time of defendant's birth and interviews of persons from all over this country and in countries outside the United States in preparation for the possibility of a penalty-phase trial. As a consequence, a great deal of material has been gathered which needed to be properly integrated into the preparation for the sentencing currently set for November 14, 2011. In addition, Defendant Azikiwe Aquart's brother, Azibo Aquart, was the subject of a penalty-phase

ORAL ARGUMENT NOT REQUESTED

trial, which, itself, produced materials which needed to be organized and integrated into defendant Azikiwe Aquart's sentencing presentation. Moreover, two of defendant Azikiwe Aquart's learned counsel are preparing for a case conference out of state in another death-penalty case, set to occur on November 17 and 18, 2011, the same week within which defendant Azikiwe Aquart is presently scheduled to be sentenced.

2.     For all of these reasons, defendant Azikiwe Aquart respectfully submits that good cause exists for the rescheduling of the subject sentencing, and respectfully requests that the matter be set down for sentencing on a date no sooner than January 17, 2012.

3.     On Wednesday, October 26, 2011, undersigned counsel left a comprehensive message for AUSA Tracy Dayton inquiring into the government's position on this request. As of the time of this writing, counsel has not heard back from the government in response to this request.

Respectfully submitted,
DEFENDANT AZIKIWE AQUART

/s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2011, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Robert J. Sullivan, Jr.

_____

Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St.,   Westport, CT 06880
Phone:  203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: RSullivan@SullivanFirm.net;
           DLoConte@SullivanFirm.net

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969