UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 3:06CR160 (SRU) |
| v. | October 28, 2011 |
| AZIKIWE AQUART | |

**GOVERNMENT'S OPPOSITION
TO DEFENDANT'S MOTION TO CONTINUE SENTENCING**

The Government opposes defendant Azikiwe Aquart's motion to continue the sentencing

hearing in this case.  The defendant was arrested on May 24, 2006, and was initially charged with

participating in the drug trafficking enterprise led by his brother, Azibo Aquart.  In June 2007,

the defendant, his brother and Efrain Johnson were charged with the murder of Tina Johnson,

James Reid and Basil Williams.  On August 26, 2011, almost exactly six years after Johnson,

Reid and Williams were brutally murdered inside their home in Bridgeport, defendant Azikiwe

Aquart admitted his participation in the murders.  He pleaded guilty to three counts of murder in

aid of racketeering, and thereby faces a mandatory life sentence.  The Court scheduled sentencing

for November 14, 2011.

The defense now requests a two-month continuance of the sentencing.  In support of its

motion, the defense has indicated that they need additional time to prepare certain mitigation

materials for the sentencing that they had gathered during the course of preparing for the

potential penalty phase in this case had the defendant gone to trial and faced the death penalty.

1

The government opposes such a lengthy delay of sentencing.  This case has been pending since 2006, and the defense has had years to prepare its materials.  Perhaps more importantly, there are no issues in dispute at sentencing – the defendant faces a mandatory lifetime term of imprisonment, and agreed to waive his rights to any appeal or subsequent collateral challenges.  The defense's reason for the delay – more time to prepare materials for use at the sentencing, does not warrant a delay of sentencing, let alone a two-month delay.  Defense counsel's need to prepare for a conference on November 17, 2011 in another capital case also does not warrant a two-month delay of the sentencing in this case.

Most importantly, the victims' family members have a right to a sentencing proceeding without unreasonable delay.  *See Crime Victims' Rights*, 18 U.S.C. 3771(a)(7) (victims' family members have a "right to proceedings free from unreasonable delay").  The families in this case have waited years for some closure, and for an opportunity to have their voices heard at the appropriate time, in formal court proceedings.  To delay that opportunity further with an unnecessary and unwarranted delay in sentencing would only serve to prolong affording them this right.  Such a delay would also result in the victims' families having to attend both the trial of Efrain Johnson, the fourth defendant in this case, which is scheduled to begin on January 4, 2012, at the same time as the defendant's requested sentencing.

The defendant has failed to establish good cause to delay the sentencing in this case.  The government would not be opposed to a brief continuance of a week or two to accommodate the defendant's scheduling concerns, but the government respectfully requests that this Court deny

the defendant's motion to continue the sentencing for more than two months until January 2012.

DAVID B. FEIN
UNITED STATES ATTORNEY

/s/
Alina P. Reynolds
Assistant U.S. Attorney
Fed. Bar No. CT14968
1000 Lafayette Blvd, 10th Floor
Bridgeport, CT  06604
Tel. (203) 696-3000


Tracy Lee Dayton
Assistant U.S. Attorney

Peter D. Markle
Assistant U.S. Attorney

Jacobed Rodriguez-Coss
Trial Attorney, U.S. Dept. of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2011, the foregoing motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Alina P. Reynolds
Assistant U.S. Attorney
Federal Bar No. Ct. 14968