UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :

UNITED STATES OF AMERICA    :    No. 3:06cr160(JBA)
                            :
            v.              :
                            :
AZIKIWE AQUART             :    November 2, 2011
---------------------------------------------- :

### DEFENDANT AZIKIWE AQUART'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO CONTINUE SENTENCING

Defendant, AZIKIWE AQUART, by and through undersigned counsel, hereby replies to the Government's Opposition to Defendant's Motion to Continue Sentencing.

The sentencing is presently scheduled to take place on November 14, 2011, which is 12 days from today. Both the Federal Rules of Criminal Procedure (§ 32) and the Local Rules (§32) require the passage of at least 35 days between the sentencing date and the disclosure of the PSR. The defendant has not yet been provided with a first disclosure PSR. Undersigned counsel has been advised that, despite several requests from the Probation Officer, the government has not yet provided its statement of Offense Conduct. Even if the government were to do so today, and the Probation Officer issue his report today, the sentencing still could not take place within the time-frame currently in place. While undersigned counsel appreciates the government's suggestion of a two-week continuance to accommodate counsels' schedules, that still would not provide enough time for compliance with the law, let alone counsel's need to properly prepare.

The government's position appears to be that an appellate waiver constitutes an abdication of all rules, procedures and protections to which un-sentenced defendants are entitled.  That, of course, is not the case.  Counsel for defendant Aquart intend to prepare for the subject sentencing as thoroughly they would for any other client, irrespective of the presence of an appellate waiver.

The government articulates no prejudice to anyone which would result from the grant of this request.  Indeed, the government makes clear that it will not be closing its file until well after the conclusion of the Ephrain Johnson trial, which will still be pending after the requested sentencing date.  Apart from the government's references to victims, there are no facts supporting the government's implication that the timing of this sentencing will have any impact on victims.  Moreover, in advance of the filing of defendant's motion seeking the subject continuance, undersigned counsel reached out to both the government and the Probation Officer to determine the positions and needs of all parties.  The Probation Officer responded promptly; the government did not respond, at all, until after the motion was filed.

For all of these reasons, Defendant Azikiwe Aquart respectfully requests that this court grant the pending motion to continue the sentencing.

> Respectfully submitted,
> DEFENDANT AZIKIWE AQUART
>
> /s/ Robert J. Sullivan, Jr.
> By_____
>   Robert J. Sullivan, Jr.
>   LAW OFFICES OF ROBERT SULLIVAN
>   190 Main Street
>   Westport, Connecticut 06880
>   Tel. No. 203/227-1404
>   Federal Bar No. CT08969

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2011, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Robert J. Sullivan, Jr.

Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main St.,   Westport, CT 06880
Phone:  203/227-1404
Fax: 203/226-6403
Federal Bar No. CT08969
E-mail: RSullivan@SullivanFirm.net;
        DLoConte@SullivanFirm.net

−3−